OUTSIDE LEGAL COUNSEL PLC
www.olcplc.com

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN**

ANDREW KILBOURN,
Plaintiff,

v.

COUNTY OF LIVINGSTON, MICHAEL MURPHY, in his official and individual capacities, ALEXANDER KOTSONAS, in his official and individual capacities, and DEPUTY DOE, in his official and individual capacities,
Defendants
_______________________________/

Case No.: 26-cv-13736
Hon. Shalina D. Kumar

OUTSIDE LEGAL COUNSEL PLC
PHILIP L. ELLISON (P74117)
THOMAS J. LAMBERT (P86348)
Attorneys for Plaintiff
530 West Saginaw St
Hemlock, MI 48626
(989) 642-0055
pellison@olcplc.com
tlambert@olcplc.com

SEWARD HENDERSON PLLC
KALI M. L. HENDERSON (P76479)
Attorneys for Livingston Cnty and Kotsonas
210 E. 3rd Street, Suite 212
Royal Oak, MI 48067
(248) 733-3580
khenderson@sewardhenderson.com

---

## RESPONSE IN OPPOSITION TO MOTION TO DISMISS (AS MOOT)

NOW COMES Plaintiff, by counsel, and requests the appearing Defendants' motion to dismiss (**ECF No. 10**) be denied as moot. On November 10, 2026, Plaintiff filed his First Amended Complaint adding and/or revising allegations, and adding Sheriff Murphy after he made public statements about his involvement and his Department's policies related to

this case. **ECF No. 11**. Rule 15(a)(1)(B) allows a party to amend a pleading as a matter of course within 21 days of being served a motion under Rule 12(b). “An amended complaint supersedes an earlier complaint for all purposes.” *Calhoun v. Bergh*, 769 F.3d 409, 410 (6th Cir. 2014). “When an amended complaint is filed, the prior complaint is superseded and rendered moot,” and then “motions directed at the superseded pleading generally are to be denied as moot.” *Tiffany v. Mich Dep’t. of Health and Human Servs.*, 2015 U.S. Dist. LEXIS 126368, at *2 (E.D. Mich, Sep. 22, 2015); see also *Crawford v. Tilley*, 15 F.4th 752, (6th Cir. 2021) (citations omitted).

## RELIEF REQUESTED

WHEREFORE, the appearing Defendants’ motion to dismiss should be denied as moot in light of the filing of the First Amended Complaint.

Date: November 10, 2026

RESPECTFULLY SUBMITTED:

OUTSIDE LEGAL COUNSEL PLC
PHILIP L. ELLISON (P74117)
THOMAS J. LAMBERT (P86348)
Attorneys for Plaintiff
530 West Saginaw St
Hemlock, MI 48626
(989) 642-0055
pellison@olcplc.com
tlambert@olcplc.com

OUTSIDE LEGAL COUNSEL PLC
www.olcplc.com

OUTSIDE LEGAL COUNSEL PLC
www.olcplc.com

## CERTIFICATE OF SERVICE

I, the undersigned attorney of record, hereby certify that on the date stated below, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel or parties of record.

Date: November 10, 2026

RESPECTFULLY SUBMITTED:

Philip L Ellison

OUTSIDE LEGAL COUNSEL PLC
PHILIP L. ELLISON (P74117)
Attorney for Plaintiffs
530 West Saginaw St
Hemlock, MI 48626
(989) 642-0055
pellison@olcplc.com