UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**ANDREW KILBOURN**,

Plaintiff,

v.

**COUNTY OF LIVINGSTON,**
**MICHAEL MURPHY,** in his official and individual capacities,
**ALEXANDER KOTSONAS,** in his official and individual capacities, and
**DEPUTY DOE**, in his official and individual capacities,

Defendants.

Case No. 26-cv-13736
Hon. Shalina Kumar
Mag. Judge Anthony Patti

**DEFENDANTS' RESPONSE TO PLAINTIFF'S CORRECTED MOTION FOR LEAVE TO CONDUCT EARLY LIMITED DISCOVERY REGARDING IDENTITY OF "DEPUTY DOE"**

Defendants **COUNTY OF LIVINGSTON**, **MICHAEL MURPHY**, and **ALEXANDER KOTSONAS**, only, by and through the undersigned counsel, submit the following as their response to Plaintiff's Corrected Motion for Leave to Conduct Early Limited Discovery Regarding Identity of "Deputy Doe." Defendants ask that the Court deny Plaintiff's motion as moot and submit the accompanying brief in support.

Respectfully submitted,

**SEWARD HENDERSON PLLC**

/s/ Kali M. L. Henderson (P76479)
*Attorneys for Livingston County and Kotsonas, only*
210 E. 3rd Street, Suite 212
Royal Oak, MI 48067
P: (248) 733-3580
F: (248) 733-3633
E: khenderson@sewardhenderson.com

Dated: November 25, 2026

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**ANDREW KILBOURN**,

Plaintiff,

v.

**COUNTY OF LIVINGSTON,**
**ALEXANDER KOTSONAS,** in his official and individual capacities, and
**DEPUTY DOE**, in his official and individual capacities,

Defendants.

Case No. 26-cv-13736
Hon. Shalina Kumar
Mag. Judge Anthony Patti

**BRIEF IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFF'S CORRECTED MOTION FOR LEAVE TO CONDUCT EARLY LIMITED DISCOVERY REGARDING IDENTITY OF "DEPUTY DOE"**

## STATEMENT OF ISSUES PRESENTED

1. Whether good cause exists to permit one interrogatory for the purpose of identifying a supervisor deputy already sued as "Deputy Doe," that Defendants' counsel has already identified as Sgt. Kendall Kretzschmer to Plaintiff's counsel and subsequently identified in Defendants' Motion to Dismiss. [ECF No. 16]

    Defendants answer, "*No*."
    Plaintiff would answer, "*Yes*."

## ARGUMENT

Plaintiff acknowledges his motion asks for one thing: an identity. [ECF No. 15, Page ID.157] Defendants have identified "Deputy Doe" as Sgt. Kendall Kretzschmer. Defendants informed Plaintiff of the identity on two occasions; once through Defense counsel via email and once in Defendants' Motion to Dismiss the First Amended Complaint. [ECF No. 16, Page ID.166-167]

Despite this easier and more efficient path that did not require court intervention, Plaintiff has requested that Defendants respond to his motion instead. Counsel again, under signature certification, represents that the Doe Defendant is Sgt. Kendal Kretzschmer.

Defense counsel further asked for an extension to answer Plaintiff's First Amended Complaint knowing that the reveal of the identity of "Deputy Doe" would result in Plaintiff requesting leave from the court to amend their First Amended Complaint. However, Plaintiff's counsel did not grant such extension. Therefore, Defendants' counsel was required to draft and edit a Motion to Dismiss the First Amended Complaint knowing it will be rendered moot rather quickly. Not only is this a waste of Defense counsel's resources and time, but also this Courts.

## CONCLUSION

Defendants County of Livingston, Sheriff Michael Murphy, and Alexander Kotsonas ask that the Court deny Plaintiff's motion as moot because the identity of

"Deputy Doe" has already been identified to them as Sgt. Kendall Kretzschmer and Plaintiff requests nothing more.

Respectfully submitted,

**SEWARD HENDERSON PLLC**

/s/ Kali M. L. Henderson (P76479)
*Attorneys for Livingston County and Kotsonas, only*
210 E. 3rd Street, Suite 212
Royal Oak, MI 48067
P: (248) 733-3580
F: (248) 733-3633
E: khenderson@sewardhenderson.com

Dated: November 25, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on **Wednesday, November 25, 2026,** I electronically filed the foregoing document with the Clerk of the Court via the CM/ECF system, which will send notice to all parties and attorneys of record.

/s/Lillian Gaydos
**SEWARD HENDERSON PLLC**